1164

(November 16, 1967)

JUSTINE ROACH, Respondent, v. COUNTY OF ALBANY, Appellant.— Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN DELLAVALLE, Petitioner, v. PAUL D. MCGINNIS, as Commissioner of the Department of Correction, et al., Respondents.— Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.

(November 17, 1967)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS EUGENE CROWN, Appellant.— REYNOLDS, J.

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Reynolds, J.